UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PAUL HACKER,                                      }   Case No. 9:17-cv-80043

PLAINTIFF                                         }

                                                  }

v.                                                }

                                                  }

MEDIA COLLECTIONS, INC.                           }

DEFENDANT                                         }
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff Paul Hacker, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regards to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the court.

    Respectfully submitted this 17th day of February, 2017,

    By Plaintiff's attorney: /s/ Nicholas Michael Murado

        Nicholas Michael Murado

        Florida Bar # 102769

        Murado Law, P.A.

        2010 S.W. 99th Avenue

        Miramar, Florida, 33025

        Telephone: 754-816-2196

        E-mail: muradolaw@gmail.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the foregoing has been electronically filed via CM/ECF and sent to all interested parties.