UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| PAUL HACKER, | } | Case No. 9:17-cv-80043 |
| PLAINTIFF | } | |
| | } | |
| v. | } | |
| | } | |
| MEDIA COLLECTIONS, INC. | } | |
| DEFENDANT | } | |
| _____/ | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Paul Hacker and Defendant Media Collections, Inc., by and through undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice and stipulate that this matter is settled; that the parties agree that the case shall be dismissed with prejudice; and that the parties request the court enter an order saying same.

Respectfully submitted this 18th day of May, 2017,

**[Signature blocks on Page 2]**

**Plaintiff's attorney:**

/s/ Nicholas Michael Murado
Nicholas Michael Murado
Florida Bar # 102769
Murado Law, P.A.
2010 S.W. 99th Avenue
Miramar, Florida, 33025
Telephone: 754-816-2196
E-mail: muradolaw@gmail.com


**Defendant's attorney:**

  /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
Counsel for Defendant